UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF $79,600.00 IN U.S. CURRENCY<br><br>JEROMY OUTLAW,<br><br>   Claimant. | CR MISC. NO. 2:20-00278<br><br>[PROPOSED] ORDER EXTENDING CIVIL FORFEITURE COMPLAINT FILING DEADLINE |

///

///

Pursuant to the stipulation and request of the parties, and good cause appearing therefor, IT IS ORDERED that, pursuant to 18 U.S.C. § 983(a)(3)(A), the deadline by which the United States of America shall be required to file a complaint for forfeiture with respect to $79,600.00 in U.S. Currency, shall be extended until and including Monday, March 1, 2021.

**IT IS SO ORDERED**.

_____  _____
DATE                                     HONORABLE
                                         UNITED STATES DISTRICT JUDGE

Presented by:
NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Chief, Asset Forfeiture Section

 /s/Steven R. Welk
STEVEN R. WELK
Assistant United States Attorney

Attorneys for the Plaintiff
UNITED STATES OF AMERICA

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action.  I am employed by the Office of the United States Attorney, Central District of California.  My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **December 31, 2020**, I served a copy of: **[PROPOSED] ORDER EXTENDING CIVIL FORFEITURE COMPLAINT FILING DEADLINE** upon each person or entity named below by attaching a copy to an e-mail provided by the receiving person or entity per request of the receiving person or entity.

**TO:  silberlaw@gmail.com**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **December 31, 2020** at Los Angeles, California.

                                                          */s/S. Beckman*
                                                          SHANNEN BECKMAN